ORIGINAL

1  Seal Case

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

FEB 23 2005 *nbo*

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8

9               IN THE UNITED STATES DISTRICT COURT

10                  FOR THE DISTRICT OF GUAM

11                                              05-00016

12 | UNITED STATES OF AMERICA,      )   CRIMINAL CASE NO. _____
                                    )
13 |              Plaintiff,         )
                                    )
14 |          vs.                    )   APPLICATION AND ORDER
                                    )   TO SEAL RECORD
15 |                                  )
   | DUANE ANTHONY CALVO,            )
16 | RAYMOND GERALD LIZAMA CALVO,   )
   | and JOHN TROY SANTOS,          )
17 |                                  )
   |              Defendants.        )
18 |_____)

19      The United States moves this Honorable Court for an order sealing the record in the

20 //
21 //
22 //
23 //
24 //       **RECEIVED**
25 //
            FEB 23 2005
26 //
         DISTRICT COURT OF GUAM
27 //        HAGATNA, GUAM
28 //

above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 23rd day of February, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

IT IS SO ORDERED this 23rd day of February, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
~~Designated Judge~~ Magistrate Judge
District Court of Guam

2