AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**DUANE ANTHONY CALVO**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-05-00016-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Room<br>413 |
|---|---|
| | Date and Time<br>**Thursday, February 24, 2005 at 9:30 a.m.** |

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title __21__ United States Code, Section(s) __841(a)(1), (b)(1)(A)(viii) & 846__

Brief description of offense:

**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | /s/ Marilyn B. Alcon<br>Signature of Issuing Officer |
| **February 23, 2005**<br>Date | |

Stamps: FILED DISTRICT COURT OF GUAM FEB 24 2005 MARY L.M. MORAN CLERK OF COURT; U.S. MARSHALS GUAM RECEIVED 22 FEB 2005 14 08 00

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] DEA S/A Paul Griffith   Date 02-23-05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 108 Hernan Cortez Ave. Ste 300 Hogatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2-24-05
               Date

J.L.G. SALAS
Name of United States Marshal

S/DUSM Franklin J. Fantigue
(by) Deputy United States Marshal

Remarks: SEALED CASE

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.