# UNITED STATES DISTRICT COURT

RECEIVED

22 FEB 2005 14 08 00

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM

FEB 24 2005

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**RAYMOND GERALD LIZAMA CALVO**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   **CR-05-00016-002**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| Before:  **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, February 24, 2005 at 9:30 a.m.** |

To answer a(n)

**X**  Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ **21** _____ United States Code, Section(s)  **841(a)(1), (b)(1)(A)(viii) & 846**

Brief description of offense:

**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

ORIGINAL

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
| **February 23, 2005**<br>Date | |

# RETURN OF SERVICE

Date  *02-23-05*

Service was made by me on:[1] *DEASIA Pearl Griffith*

## Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: *108 Hernan Cortez Ave, Ste 300 Hagatna Guam*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  *2·24·05*
        Date

*J. L. G. SABLAS*
Name of United States Marshal

*S/DUSM Franklin J. Taitague*
(by) Deputy United States Marshal

Remarks:  *SEALED CASE*

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.