


**FILED**
DISTRICT COURT OF GUAM

FEB 24 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>**DUANE ANTHONY CALVO,**<br>**RAYMOND GERALD LIZAMA CALVO,**<br>**and JOHN TROY SANTOS,**<br><br>        Defendants. | CRIMINAL CASE NO. 05-00016-<br><br>O R D E R |

    IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant **DUANE ANTHONY CALVO, RAWLEN MANTANONA** is appointed to represent defendant **RAYMOND GERALD LIZAMA CALVO,** and **LOUIE YANZA** is appointed to represent defendant **JOHN TROY SANTOS** in the above-entitled case *nunc pro tunc* to February 23, 2005.

    Dated this 24th day of February, 2005.

JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge
DISTRICT COURT OF GUAM