ORIGINAL

FILED
DISTRICT COURT OF GUAM

MAR 9 2005

MARY L.M. MORAN
CLERK OF COURT

DCalvo.enh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DUANE ANTHONY CALVO, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00016 <br><br> **INFORMATION REGARDING NOTICE OF SENTENCING ENHANCEMENT** |

COMES NOW the United States of America, by and through undersigned counsel, pursuant to 21 U.S.C. § 851, and gives notice that the defendant, DUANE ANTHONY CALVO was previously convicted of a felony drug offense, to-wit:

> On or about October 24, 1997, defendant DUANE ANTHONY CALVO, was convicted of a felony drug offense, to wit, Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of Title 21, United States Code, § 841(a)(1).

If the defendant is convicted for a violation of 21 U.S.C. § 841(a)(1), then the defendant's sentence will be enhanced and defendant will be subject to a sentence of imprisonment of not

//
//
//

less than twenty (20) years because of defendant's prior felony drug convictions. 21 U.S.C. § 841(b)(1)(B).

DATED this __8th__ day of March, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney

2