AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
APR 12 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS GUAM
RECEIVED
-1 APR 2005 14 00 00

| UNITED STATES OF AMERICA | |
|---|---|
| V. | SUMMONS IN A CRIMINAL CASE |
| **JOHN TROY SANTOS** | Case Number: **CR-05-00016-003** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Monday, May 2, 2005 at 9:30 a.m.** |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  **X** Violation Notice

Charging you with a violation of Title _____ **18** _____ United States Code, Section(s) _____ **3142(c)(3)** _____

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
(See attached Petition and Violation Report)

ORIGINAL

| **MARILYN B. ALCON, Deputy Clerk** | *Marilyn B. Alcon* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**April 1, 2005**
Date

## RETURN OF SERVICE

Date

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-12-05
             Date

JOAQUIN L.G. SALAS
Name of United States Marshal

S/DUSM Franklin J. Fontague
(by) Deputy United States Marshal

Remarks: ATTORNEY LOUIE YANZA SERVED ON 4.7.05 AT 10:00 AM

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.