Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
JOHN TROY SANTOS

# UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00016 |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER SETTING CHANGE OF PLEA |
| JOHN TROY SANTOS, | |
| Defendant. / | |

Pursuant to Notice of Intent to Change Plea filed by Defendant JOHN TROY SANTOS on April 21, 2005;

IT HEREBY ORDERED that a Change of Plea, in the above-entitled action, be scheduled to be heard on April 22, 2005 at 8:45 a.m.

SO ORDERED: April 21, 2005.

HON. JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE
DISTRICT COURT OF GUAM.

RECEIVED
APR 2 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM