# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES
## (SEALED)

DISTRICT COURT OF GUAM
APR 22 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00016-001**   **DATE: 04/22/2005**   **TIME: 1:49 p.m.**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:49:05 - 2:05:20   CSO: F. Tenorio / J. Lizama

**APPEARANCES**

**DEFT:** DUANE ANTHONY CALVO   **ATTY:** KIM SAVO
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON   **AGENT:**

**U.S. PROBATION:** GRACE FLORES   **U.S. MARSHAL:**

**INTERPRETER:** _____   ( ) SWORN   **LANGUAGE:** _____
( ) PREVIOUSLY SWORN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 29   HIGH SCHOOL COMPLETED: 12th Grade
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: *GUILTY* - TO: ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHOLORIDE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( X ) STATUS HEARING: AUGUST 1, 2005 at 10:00 A.M.
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

**PROCEEDINGS CONTINUED TO:** _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant pled guilty without a written plea. The Court signed the report and recommendation concerning defendant's guilty plea.

Courtroom Deputy: _____