FILED
DISTRICT COURT OF GUAM
APR 22 2005
MARY L.M. MORAN
CLERK OF COURT
TIME: 1:34 p.m.

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### (SEALED)

**CASE NO. 05-00016-002**          **DATE: 04/22/2005**

*************************************************************

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**          Law Clerk: Judith Hattori

Court Recorder & Courtroom Deputy: Virginia T. Kilgore

Hearing Electronically Recorded: 1:34:39 - 1:48:40          CSO: F. Tenorio / J. Lizama

* * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: RAYMOND GERALD LIZAMA CALVO**          **ATTY : RAWLEN MANTANONA**

( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**          **AGENT:**

**U.S. PROBATION: GRACE FLORES**

INTERPRETER:_____  ( ) SWORN     LANGUAGE: _____
                                        ( ) PREVIOUSLY SWORN

*************************************************************

## PROCEEDINGS:   CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: __23__   HIGH SCHOOL COMPLETED: _____
(X) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: *GUILTY* - TO: ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
                        HYDROCHLORIDE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( X ) STATUS HEARING: AUGUST 1, 2005 at 10:00 A.M.
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant pled guilty

without a written plea. The Court signed the report and recommendation concerning defendant's guilty

plea. Government moved to set a status hearing. No objection. GRANTED.

Courtroom Deputy: _____