IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

FILED
DISTRICT COURT OF GUAM
APR 22 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00016-003**  **DATE:** 04/22/2005  **TIME:** 8:52 a.m.

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**  Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 8:52:58 - 9:07:02  CSO: F. Tenorio / J. Lizama

**APPEARANCES**

**DEFT: JOHN TROY SANTOS**  **ATTY: LOUIE YANZA**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.   ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON  **AGENT:**
**U.S. PROBATION:** GRACE FLORES  **U.S. MARSHAL:**

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___  HIGH SCHOOL COMPLETED: ___
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: ___ at ___
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: GUILTY TO: ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
( ) COUNT(S) ___ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ___  PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( X ) SENTENCING DATE: AUGUST 1, 2005 at 10:00 A.M.  ( ) STATUS HEARING: ___ at ___
( X ) PRESENTENCE REPORT ORDERED AND DUE: JUNE 16, 2005
( ) PRELIMINARY EXAMINATION SET FOR: ___
( ) ARRAIGNMENT SET FOR: ___ at ___
( ) TRIAL SET FOR: ___

PROCEEDINGS CONTINUED TO: ___ at ___
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )PROCESSING ( )DETENTION
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

USPO-FO 4/26/05
ACKNOWLEDGED RECEIPT
By: ___
Date: 4-26-05

**NOTES:**

Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. Defendant pled guilty without a written plea. The Court signed the report and recommendation concerning defendant's guilty plea. Parties stated that they will submit a stipulation to unseal the case which will include the condition that defendant shall notify his employer of his conviction or his plea.

The Court vacated the hearing set for May 2, 2005.