PS 42
(Rev. 07/93)

# United States District Court
## District of Guam

**FILED**
DISTRICT COURT OF GUAM
MAY 10 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| United States of America | ) |
| vs. | ) |
| JOHN TROY SANTOS | ) Case No: 05-00016-003 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __John Troy Santos__, have discussed with __Robert I. Carreon__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Upon unsealing of this case, the defendant shall notify his employer of his involvement in the instant offense and allow the U.S. Probation/Pretrial Services Office to verify compliance with such notification.

**RECEIVED**
MAY -9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

I consent to this modification of my release conditions and agree to abide by this modification.

| John Troy Santos | 4-8-05 | Robert I. Carreon | 4/8/05 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| Louie Yanza | 4/22/05 |
|---|---|
| Signature of Defense Counsel | Date |

[X] The above modification of conditions of release is orderd, to be effective on __May 10, 2005__

[ ] The above modification of conditions of release is *not* ordered.

| David O. Carter | May 10, 2005 |
|---|---|
| DAVID O. CARTER* Judge U.S. District Court of Guam | Date |

*The Honorable David O. Carter, United States District Court Judge for the Central District of California, sitting by designation.