johnsantos6stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00016-03 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION OF PARTIES |
| | ) TO VACATE STATUS HEARING; |
| JOHN TROY SANTOS, | ) UNSEAL RECORD AND SET |
| | ) SENTENCING DATE |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Louie Yanza, hereby stipulate to vacate the Sentencing Hearing currently scheduled for August 1, 2005, to unseal the record, and to set a sentencing date in the above matter.

\\
\\
\\
\\
\\
\\
\\



The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case.

SO STIPULATED.

7/12/05
DATE

LOUIE YANZA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

7/12/05     By:
DATE
KARON V. JOHNSON
Assistant U.S. Attorney

****ORDER****

IT IS SO ORDERED that the ~~Status~~ Sentencing Hearing currently scheduled for August 1, 2005, is hereby vacated, the record ordered unsealed, and sentencing is set for Oct. 25, 2005 at 9:00 a.m. Presentence Report is due on Sept. 15, 2005.

7/14/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
JUL 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -