raycalvo6stp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 15 2005 *nb*

MARY L.M. MORAN
CLERK OF COURT

(36)

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>RAYMOND GERALD LIZAMA CALVO,<br><br>          Defendant. | CRIMINAL CASE NO. 05-00016<br><br>**STIPULATION OF PARTIES TO VACATE STATUS HEARING; UNSEAL RECORD AND SET SENTENCING DATE** |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Rawlen Mantanona, hereby stipulate to vacate the Status Hearing currently scheduled for August 1, 2005, to unseal the record, and to set a sentencing date in the above matter.

\\
\\
\\
\\
\\
\\
\\

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case.

SO STIPULATED.

7/12/05
DATE

RAWLEN MANTANONA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

7/12/05         By:    _____
DATE                   KARON V. JOHNSON
                       Assistant U.S. Attorney

****ORDER****

**IT IS SO ORDERED** that the Status Hearing currently scheduled for August 1, 2005, is hereby vacated, the record ordered unsealed, and sentencing is set for Nov. 1, 2005 at 8:30 a.m. Presentence Report is due on September 27, 2005.

7/15/05
DATE

ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

RECEIVED
JUL 1 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*The Honorable Robert M. Takasugi, United States District Judge for the Central District of California, sitting by designation

-2-