LUJAN UNPINGCO AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for John Troy Santos*

**FILED**
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

(37)

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE CR05-00016 |
| Plaintiff, ) | |
| vs. ) | SUBSTITUION OF ATTORNEY |
| JOHN TROY SANTOS, ) | |
| Defendant. ) | |

Defendant, JOHN TROY SANTOS, hereby substitutes the Law Office of LUJAN UNPINGCO AGUIGUI & PEREZ LLP as Attorney of Record in place of the Law Office of Maher Yanza Flynn Timblin, LLP.

Dated: 7·22·05

_____,
JOHN TROY SANTOS.

The Law Office of MAHER YANZA FLYNN TIMBLIN, LLP agrees to the above substitution and hereby withdraws as Attorney of Record for Defendant herein.

Dated: JUL 22 2005

MAHER YANZA FLYNN TIMBLIN, LLP
ATTORNEYS FOR DEFENDANT.

BY: _____,
LOUIE J. YANZA.

Substitution of Attorney
USA vs. John Troy Santos
CR97-00074

1  The Law Offices of LUJAN UNPINGCO AGUIGUI & PEREZ hereby enters its appearance
2  as Attorney of Record for Defendant herein.
3  Dated:

LUJAN UNPINGCO AGUIGUI & PEREZ LLP
ATTORNEYS FOR DEFENDANT.

BY: _____
DAVID J. LUJAN.

SO ORDERED this 27th day of July, 2005.

_____
~~DESIGNATED JUDGE,~~
~~DISTRICT COURT OF GUAM~~
FRANCES TYDINGCO-GATEWOOD
Designated Judge
District Court of Guam

RECEIVED
JUL 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Substitution of Attorney
USA vs. John Troy Santos
CR97-00074