ORIGINAL

PS 42
(Rev. 07/93)

**United States District Court**
District of Guam

FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT
(38)

| | |
|---|---|
| **United States of America** | ) |
| vs. | ) |
| **JOHN TROY SANTOS** | ) Case No: 05-00016-003 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __John Troy Santos__, have discussed with __Robert I. Carreon__, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit to a mental health intake assessment and any recommended treatment inclusive of individual and/or family counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-26-05          _____  7/26/05
John Troy Santos        Date              Robert I. Carreon         Date
Signature of Defendant                     Pretrial Services/Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    7-28-05
David J. Lujan                            Date
Signature of Defense Counsel

[✓] The above modification of conditions of release is orderd, to be effective on

[ ] The above modification of conditions of release is *not* ordered.

_____
FRANCES TYDINGCO-GATEWOOD
Designated Judge
U.S. District Court of Guam

RECEIVED JUL 29 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM
RECEIVED JUL 28 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM
July 29, 2005