ORIGINAL

johnsantos5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN TROY SANTOS, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00016 <br><br> **GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE** |

The United States hereby moves this Honorable Court for a departure from the Guidelines total offense level of 33, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam. The government is recommending a two-level departure, to level 31.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. Defendant's present offense level of 33 calls for a range of 135-168 months incarceration. The government agrees with the calculations of the presentence report, that defendant is not entitled to a mitigating role reduction pursuant to USSG § 3B1.2. The government also agrees that he qualifies for the "safety valve" reduction provided by § 2D1.1(b)(7) and 5C1.2, because he was not a leader, organizer or supervisor in this offense. This position unquestionably belongs to his cousin Duane Calvo.

The government is recommending that defendant total offense level be reduced by two levels to 31, which provides for a range of 108-135 months incarceration. The government is recommending that defendant receive 108 months incarceration.

RESPECTFULLY SUBMITTED this __7th__ day of October, 2005.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and the CNMI

By: _/s/ Karon V. Johnson_
      KARON V. JOHNSON
      Assistant U.S. Attorney

- 2 -

Case 1:05-cr-00016   Document 51   Filed 10/11/2005   Page 2 of 2