1  **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
   Attorneys at Law
2  Pacific News Building, Suite 300
   238 Archbishop Flores Street
3  Hagåtña, Guam 96910
   Telephone (671) 477-8064/5
4  Facsimile (671) 477-5297

5  *Attorneys for Defendant John Troy Santos*

6              **IN THE UNITED STATES DISTRICT COURT**

7                      **TERRITORY OF GUAM**

8

9  UNITED STATES OF AMERICA,          CRIMINAL CASE NO. CR05-00016

10

11              vs.                     **DEFENDANT JOHN TROY SANTOS'**
                                        **SENTENCING EXHIBITS**
12 JOHN TROY SANTOS,

13                       Defendant.

14

15     Defendant, John Troy Santos, submits the following sentencing exhibits:

16     <u>Description</u>                                        <u>Bates Number</u>

17     1.  Letter dated October 3, 2005 from Dustin J. Santos.         000001

18     2.  Letter dated October 2, 2005 from Derin Joy Santos.         000002

19
20     3.  Letter dated October 2, 2005 from Yvonne Jo Davo.           000003

21     4.  Letter dated October 1, 2005 from Katherine Taitano.        000004

22     5.  Letter dated October 1, 2005 from Mrs. Teresa Pereda.       000005

23     6.  Letter dated September 29, 2005 from Michael F. Uncango.    000006

24     7.  Letter dated September 29, 2005 from Pale Jose Villagomez   000007

25     8.  Letter dated September 29, 2005 from James V. Calvo.    000008 – 000009

26     9.  Letter dated September 28, 2005 from Vincent P. Cruz.       000010

27

28
─────────────────────────────────────────────
                    Page 1 of 2

USA v. John Troy Santos
Criminal Case No. CR05-00016
Defendant John Troy Santos' Sentencing Exhibit

ORIGINAL

10. Letter dated September 28, 2005 from Anthony S. Ballares.     000011

11. Letter dated September 28, 2005 from Francis S. Ballares.     000012

12. Letter dated September 28, 2005 from Victoria L.K. Ballares.     000013

13. Letter dated September 28, 2005 from Rita P. Santos.     000014 – 000015

14. Letter dated September 27, 2005 from Cassandra Santos.     000016 – 000017

15. Letter dated September 27, 2005 from Jennifer R.B. Calvo.     000018

16. Letter dated September 12, 2005 from Francis J. Calvo.     000019

17. Letter dated September 10, 2005 from Kim M. Santos.     000020 - 000021

18. Letter from Peter A. Charfauros.     000022

19. Letter from Kenny Davo-Roberts.     000023

20. Letter from Ed Santos.     000024

Dated this _____ day of October, 2005.

**LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**

By: _____

         **DAVID J. LUJAN, ESQ.**
         *Attorney for Defendant John Troy Santos*

October 3, 2005

Dear Sir,

My name is Dustin Jude Santos. I am 17 years old and attend Saint Paul Christian School. I would like to let you know that my mother, Kim Santos, is a Lieutenant in the Guam Police Department. I maintain a firm stance against illegal drugs and the effects it has on the users themselves, their families, friends, and our community as a whole.

Though my Uncle John Troy Santos made a wrong decision in getting involved in drugs, I honestly believe that he is not, nor has a desire, to become a drug dealer. He made a bad choice that has completely turned his world upside down. I believe that the people that he was associating with at the time had great influence on this decision.

My Uncle Troy cares deeply for his family. Though his decision was not made with the best intentions, I know that he would change it if he could and not repeat the same mistake. I can see that this has been a wake-up call to him and he has taken great heed to it.

My Uncle has always brought joy to our family. He is a good man; a servant to the people; and most of all a loving father. I have prayed about this every day since learning of my Uncle's trouble. I only pray that it can be seen by others that my Uncle is not a bad person or filled with criminal intent. I believe with all my heart that with a second chance at his freedom, my Uncle Troy will change for the better; not only to keep his freedom but to be there for his community, his family, his wife, and most importantly, his children.

With all Sincerity,

Dustin J. Santos

000001

**October 2, 2005**

Dear Sir,

My name is Derin Joy Santos and am a 10th grade student at St. Paul Christian School. Furthermore, I am the daughter of Kim M. Santos, sister of John Troy Santos, for whom I am writing this letter for. Thank You kindly for your time and attention.

When I first heard the news about mu Uncle Troy's case my immediate reaction was heartbreak. I felt let down and ashamed. It took some deep hard thought and tears to finally come to realize what I've been taught all my life, that everyone makes mistakes. But, I also realize that the mistake my Uncle Troy made by becoming involved with drugs was very wrong.

I also know that no mistake, whether it be big or small, is too much or God to handle. He is always there for us to turn to. In the Bible it says forgiveness is granted upon those who ask for it. God also lets things happen for a reason, to warn us, sometimes the outcome is a lesson learned, sometimes fatal.
In this case I see it as a lesson learned; not only for my Uncle Troy, but for our whole family.

Every day I take time to pray for my Uncle Troy at school and before I go to sleep at night-that things will turn out right for him in spite of this one mistake that he has made. Most especially because he has small children who need him. They need a father to raise them and to love them. They're too young to understand the things that are going on and what more if he has to leave them without reason! Even at my age, I find it hard to completely understand this whole situation, because it has never happened to us before. I just know that anyone, given a second chance, can make amends for their wrong doing. Everyone deserves a second chance.

Uncle Troy comes from a strong family and I know in my heart that he'll never make a mistake such as this one again , that has hurt so many people and himself ever again. My uncle is a great man who has had part in raising me to be what I am today. In all the years that he's been in my life, not once has he ever taught me or influenced me to do wrong.

Without him our family is incomplete. I know it's in God's hands now and I believe that faith beyond measure is powerful. I have faith in my Uncle Troy.

Thank you again for your time and attention.

Derin Joy Santos

000002

October 02, 2005

Yvonne Jo Davo
271 Bishop A.S Apuron St.
Apra Hts., GU 96915

Dear Your Honor,

I am writing in regards to my brother John "Troy" Santos. He is one of the best brother, uncle, son, father, and friend a person could have. Whenever a favor is needed you can always count on Troy for a helping hand. If he has the time or not he will be their for you.

Growing up I could always count on my big brother to protect me from the neighborhood bullies or just be able to shot out "I'm going to tell my brother on you" I felt safe. Just having Troy around I know their is someone to call if my car won't start, if I need a ride, if something needs fixing in my house or if my son needs to be picked up from school, I can count on him.

Me being a single mother, I have called numerous time on Troy to step in as Father Figure for my son who is ADHD. My son Kenneth has required a chaperone to attend many school field trip or off campus outing and due that I work a graveyard shift Troy has volunteer to escort Kenneth so he would not miss out on theses actives. My son knows he can always run to his Uncle Troy for help or just to call and have a male conversation with.

I just wanted to let you know a little bit about my brother. Thank you for your time in reading this letter.

Sincerely,

Yvonne Jo Davo

October 01, 2005

## For John Troy Santos

One minute. That's how long it took for me to know that Troy Santos was "good people". One minute and twelve years later, we are now not only friends, but I am also godmother to Kassidy Cai, Cass and Troy's 8-year old little lady.

I can't describe Troy without mentioning him with his family, Cass, Kory, Kassidy and Kristian-boy. They love him to distraction, just as he loves them. Troy gives hugs and praise to the kids without reservation. And discipline is doled out to teach, not to hurt. To watch him with his wife, Cass, you never doubt that this couple loves deeply. He is a dad in a noisy, frenetic and typical family…and he works hard to be a good husband and father.

Troy the firefighter is dedicated and committed to helping people. His boyish demeanor masks the serious man whose job it is to keep us safe from harm. But the truth is, without Troy's quick action, Cassandra would be without her dad today. My compadre won't tell it that way, but it's true nevertheless. And I'm sure it's true in hundreds of other families throughout his years of service to the fire department.

As his friend, I will always be grateful for his kindness and sympathy as he stood by me at my cousin Paul's funeral in 2001. I don't have brothers, but Paul "adopted" me as his sister. And when he died, I was…lost. Yet, somehow, Troy knew so surely just how to offer me comfort and support. Compassion like that is true to its core. He is a wonderful person.

I am blessed to be an "adopted" part of this family. Since this had occurred, I have watched them struggle to somehow prepare for the unknowns and consequences of it all. It's been so hard. In Troy I see a man trying with his greatest effort to make things right, most especially for those he values above all others in this world, his wife and kids. It is my sincerest hope that you will see that he _can_ make things right and even make things better. Please give him that chance. I know he won't disappoint you. Troy will be your success story.

Respectfully Submitted,

KATHERINE TAITANO

October 01, 2005

"To The Honorable Judge"
Federal District Court
Hagatna, Guam 96910

Re: John Troy Santos

To whom it may concern:

Hafa Adai! My name is Mrs. Teresa Pereda (Tessie), Business Manager at
Dr. Robert Gatewood's Dental Clinic. I have known Troy Santos for well over twenty
five years as my brother is married to his sister. Recently, the Santos' Family has been
attending St. Paul Assembly of God Church and are also present at our weekly Bible
Studies at a home in Sinajana.

I would characterize the years that I have known Troy as always pleasant and
encouraging. His heart and passion were entwined in his job as a Firefighter. I recall one
year a story that the Pacific Daily News put on the front page regarding a fireman who
successfully rescued a young Japanese tourist girl who was drowning in Tumon and this
fireman was Troy. I'm sure that Troy's work history has a record of incidents where he
served above and beyond his call of duty.

I have seen first hand the incredible power of God's love and forgiveness over Troy's life.
He has shared with me numerous times how he is remorseful for what he has done. As
we learn more about the redemptive power of the Lord, he continues to hold on to a very
personal promise found in the Bible in the book of Romans 8:28, "And we know that **all
things** work together for good to those who love God, to those who are called according
to His purpose." We have all sinned and fallen short of the glory of God. Amazingly,
through Troy's brokenness, he acknowledges that his only hope is his faith in God.

Enclosing, it is my prayer that you too would afford him the opportunity to learn from this
experience and move on to be a productive member of our society.

Thank you for your kind consideration and may God richly bless you!

Sincerely,

Mrs. Teresa Pereda

September 29, 2005

To:     WHOM IT MAY CONCERN

From:    Assistant Fire Chief, Guam Fire Department

Subject:  **Character Reference**
        **Ref: MR. JOHN T. SANTOS**

Please allow me to introduce myself. My name is Michael F. Uncangco, former Fire Chief and presently an Assistant Fire Chief for the Government of Guam, Guam Fire Department. This memorandum is being forwarded for the purpose of providing character reference for Mr. John T. Santos.

I have known Mr. Santos or "Troy" whom I have known him by, for over twelve (12) years, as a private citizen, a friend and professionally as a Firefighter for the Guam Fire Department.

I have had the opportunity to work with and supervise Mr. Santos in the performance of his duties, and throughout, he has displayed true professionalism. He carries out his duties and responsibilities with dignity, integrity, honesty, tact, enthusiasm, and aggressiveness and is very reliable and dependable. His actions clearly depict his loyalty, dedication and faithfulness to the Guam Fire Department. Throughout his career as a Firefighter with the Guam Fire Department, Mr. Santos has maintained an impeccable record. He has complied with all rules, regulations, policies, procedures and standards set by the department as well as the Government of Guam. He is a true public servant whose main goal as a Firefighter is to ensure the safety of the citizens of our island by providing the best possible Fire Protection and Emergency Medical Services that he can best, mentally and physically provide.

As a private citizen and friend, I have known Troy as being trustworthy and he has exhibited to me tremendous respect, friendliness, caring, patience and understanding. He is very attentive and always willing and able to lend a helping hand. As a husband and father, I have known him to be very caring, loving and devoted to this wife and children.

In closing, simply put, Mr. John T. Santos is an outstanding gentleman, husband, father and Firefighter. He has been a tremendous asset to his family, the Guam Fire Department and to those he was sworn to protect, the citizens of our island of Guam. It is in this respect that I am soliciting your utmost consideration and support in his endeavors and hope that whatever it may be, the result will be favorable towards him.

Sincerely,

MICHAEL F. UNCANGCO
P.O. BOX 3768
Hagatna, Guam 96910



# OUR LADY OF GUADALUPE CHURCH

P.O. Box 4632
Hagatna, Guam 96932

Phone: (671)565-2160
Fax: (671)565-7078

September 29, 2005

To Whom It May Concern:

Honorable Judge:

John Troy Santos is one of my parishioners here at Our Lady of Guadalupe parish in Santa Rita.

He has revealed to me that he is truly sorry for his crime. He promise to rectify his life so that he will be an asset to our community.

I pray to God as I beg you to be lenient in sentencing him so that I can utilize his talents for the good of our parish and our community.

May God richly bless you.

Sincerely Yours,

Pale Jose Villagomez oFM Cap.
Pastor

Your Honor,

I am writing this letter in regards to my uncle,John Troy Santos. This man shows a lot of love for his family. His family is his number one priority in his life. He always puts the needs of his family before his, no matter what the circumstances are. I have personally known this man for more than half of my life, and I can honestly tell you from the bottom of my heart, that he is one of the best uncles that anyone can ever have. I consider my Uncle Troy more than an uncle; he is more of a father to me. Since I grew up without having a father figure around, this was the guy that was always there for me and always treated me like a son of his. When I or anyone else is feeling down he is there to help and comfort us, and let us know that everything will be ok. In fact, while I was attending Confirmation classes, I chose him to be my godfather, because I knew he would do a good job. He does a lot for this community. Aside from his family being a priority in his life, her cherishes his job very much. He loves helping and saving people's lives, and I honestly know that he wants his job back. Your Honor, I know that what he did was wrong, but everyone deserves another chance. Everyone makes mistakes in life, and no one is perfect. I learned this from my Uncle Troy. No matter how much trouble that I have gotten in before, he was always there to help me back up. He let me know that what I did was wrong, but that we need to learn from our mistakes because it is all-apart of life. And yes, some mistakes, like the one he has committed is a lot worse than other mistakes. But that doesn't mean that he's not a good man. So please Your Honor, help him and our family. Do the right thing for him and consider him not going to jail. His family, and especially me need him in our lives. He has three beautiful kids, a wonderful wife, that

should be able to be with him and live their lives with him. Thank you for your time and patience.

Sincerely,

James V. Calvo

September 28, 2005

I am writing this in reference to John "Troy" Santos. My name is Vincent P. Cruz, I have been with the Guam Fire Department for Thirteen years and during my time with the department, I have had the Honor of meeting, working and personally getting to know Troy. In 1994, my assignment was to the Dededo Fire Station (Station 4) that was when I met Troy and from the first introduction he was open minded and willing to educate and share the knowledge he had with me with no reservations. The man I have grown to admire and respect as an older brother is kind, patient and supportive. He has never turned his back on anyone nor has he ever failed to lend a hand to anyone, be it family, friend, acquaintance or stranger. Troy has always been a man of respect and integrity, he has always taught those around him to be responsible and he would always try to make a negative situation better. His commitment to his wife and children is rare and for between. He has always showed an example of a good Christian. I have had the opportunity to be with him and his family and the example he has shown has always been that family comes first. This is also the example he carried at work. We are his family away from his family and when any of our brothers needed help, he was there.

Vincent P. Cruz

Anthony S. Ballares
128B Felis Street Old Perezville
Tamuning, Guam 96913
Home 646-0642
Work 642-2100

September 28, 2005

To whom it may concern

I, Anthony S. Ballares, have known my cousin John Troy Santos for 36 years of my life. Since I have known him he has always rendered a helping hand whenever our family needed help. John Troy has a big heart, especially for his family members. He is a loving husband to his wife Cassandra and a caring father to his three children Cory, Cassidy and his youngest addition Christian. At all our family functions, John Troy has shown me that he is a man with good moral values who can be trusted and depended on. He has proven to be faithful in serving Guam as a Fireman for many years. I truly look up to him as I was growing up, to be a perfect role model to me.

Thank you for allowing me to share with you about someone whom I have known to be a good, decent, respectable person in my life.

Sincerely,

*Anthony S. Ballares*

Anthony S. Ballares

Francis S. Ballares
P.O. Box 8904
Tamuning, Guam 96931

September 28, 2005

To whom it may concern

I, Francis S. Ballares, have known, Troy John Santos, for 37 years. He is my first cousin through his father, Edward P. Santos (deceased) and my mother, Rita P. Santos. I have known, Troy all my life and we have been very close growing up together. Troy, his brother Ed and his two sisters, Kim and Julie, have been an integral part of my life growing up in the Santos family clan. Troy, is a wonderful man in all aspects of being a family man, hard worker, faithful friend and a God loving Christian. My cousin Troy has a big heart and is always ready to give you a helping hand should the need arise. We have even worked together in the late 80's and I have known him to be a hard worker with high standards and moral fiber. He always instilled kindness and hard work, on and off the clock. The one thing that stands out to me is Troy's faith and love for Jesus. I have always admired and looked up to Troy for being the good person he is.

Troy is a loving husband and a good father to his wife, Cassandra and his three children; Cory, Cassidy, and Christian. I have also witnessed him in action helping many of Guam's citizens as a firefighter and as a paramedic. He has been a faithful Guam son by keeping the law of the land and helping our island to be a better place. Troy is a good man at heart and I have known him to be true and faithful in all that he has put his mind, might and spirit to. Please consider his fine characteristics as a person whom I have looked up to in my life. I have always been proud of my cousin, Troy and I love him very dearly, not only because he is my cousin, but also because he is a good man. Please feel free to contact me if you have any questions at home 646-0642 or at work 642-2118/9. Thank you.

Sincerely,

Francis S. Ballares
JFKHS School Guidance Counselor

Victoria L.K. Ballares
P.O. Box 8904
Tamuning, Guam 96931

September 28, 2005

To whom it may concern

I, Victoria L.K. Ballares, have known, John Troy Santos or Troy, for over 15 years now. I met Troy for the first time at a Santos family function many years ago and my first impression that I got from Troy was that he was very friendly like his father Edward Santos. I was new to the family and at the time I was dating his cousin, Francis Ballares. When I met the Santos family (Belok clan) I knew that they all came from a strong Chamorro custom and was raised by an honorable and respectable family line. I may not have been blood related, but I felt very welcomed by Troy whenever we meet. I have never seen him angry or cross with his family or friends. He has always been level headed and fair in all he has done. He has always treated me and accepted me like family.

As the years have gone by, Troy got married to Cassandra and I married his cousin, I noticed that we were both blessed with loving partners. He has consistently shown me to be a supportive husband to his wife and nurturing father to his children. At all the Santos family gatherings, Troy has always been there. If not, he was working hard at Fire Station 1, and I could tell that he cares dearly for his extended family as well as his own. When we miss him at our family gatherings it's because he is at work. To me, he is very much devoted to his work. Being a registered nurse, I have seen Troy several times, working hard in the field at GMH and SDA Clinic. Each time that I have seen him, I noticed that he is sincere and devoted in helping our people and community as a fireman/ paramedic. As an RN, I would trust my life in Troy's hands knowing that he would do the best he can to help me. I know in my heart that God is using him in the fire department to help our island of Guam.

In closing, I feel that Troy is a good man, supportive husband, caring father, devoted worker but most of all a God fearing man. Please accept this letter to help justify Troy's true character. Please contact me if you have any questions at home 646-0642 or work at 642-2118/9.

Sincerely,

Victoria L.K. Ballares, RN

Rita Perez Santos
128B Felis St. Perezville
Tamuning, Guam 96913

September 28, 2005

To Whom It May Concern:
    Re: John Troy Santos

I am the auntie of John Troy Santos. He is the youngest child of my deceased
brother, Edward Perez Santos. Troy, called by all family members, was raised
by my parents, Gregorio and Maria Santos (both deceased) while my brother was
stationed as a Marine Sergeant in Okinawa. Although John Troy was born and
raised in the United States, my parents were able to instill the Chamorro Culture
in him such as honesty, respect, integrity, with moral values. My parents were also
very strict to their children/grandchildren.

John Troy was my student at JFK High School during his senior year. He was an
excellent student who was also a good role model to other students; respectful, quiet,
obedient, cooperative, and gets along well with his peers. Classmates love him as
friends.

As a firefighter/paramedic at Tamuning Fire Station, he will be one of two or more
paramedics who responds to an emergency at JFK High School where I work as an
Assistant Principal. He shows professionalism and dedication to his career. He also
displays loving and caring characteristics towards our students who are injured or
sick.

Troy is a good husband and excellent father to his three (3) children. He is also very
close to his siblings and their children. He is patient, loving, caring, and
compassionate person. We the Santos (Belok) Clan have been very supportive to
one another and established a close family ties with each other.

We were brought up by my parents to be law-abiding citizens and good Christian
people. We go through many crises in life and make numerous mistakes. People
who make mistakes and repent should not be punished harshly.

Jesus loves sinners but hate sins. He forgave sinners while He was on earth. I am
kindly asking that leniency is granted to my dear nephew whom I love dearly and
who has never displayed any wrong doings in the past.

000014

If you have any questions or concerns, you may contact me at home (646-0642) or at work (642-2111/6/7). Thank you for your time and attention.

Sincerely,

**RITA P. SANTOS**

September 27, 2005

Ten years ago, I fell in love with a wonderful man, John Troy Santos, who had an amazing sense of humor, steady and courageous career, and not to mention good looks. On July 29, 1995, I married this man for better or worse. 'For better or worse', as we've grown in our marriage, those words mean even more to me now than when I first spoke them on our wedding day.

My husband Troy is a wonderful husband and a great father to our children, Kory, Kassidy and Kristian. There is no doubting his enjoyment in spending time with our kids. On his days off as a firefighter, he will often surprise our 8-year old daughter by joining her for lunch at school or a father-daughter trip to the movies or the mall at then end of the school day. And I have no doubt that my 22-month old son would bend your ear with baby chatter to tell you of the hours playing drum set on daddy's lap. As parents, we cherish these moments with our kids, knowing all too well that they grow up so quickly. Troy always manages to be involved in his eldest son Kory's life. He consistently reminds him about respect and being there for his siblings. Often times I hear him tell stories about his surfing days and his love for the water, things that Kory loves. Whether it is coaching soccer for a team of 5 year olds for the first time (to a proud second place finish) or giving a pep talk about how important it is to do well in school. The best of all is that we do all of these things as a family. This is most important to me.

Troy is the kind of man who is always there with an offer to help. I know that it comes from the same place in him which pulled him to become a firefighter. There is no doubt that Troy is a dedicated firefighter. I know he enjoys the challenges of his job very much. I hope that he even knows how very proud I am of him as well. As a wife, I admit to times of frustration because he was off helping yet another needy soul, never wanting to say 'no'. But that is just the type of person he is, and I admire him for that. Troy's heart is full. He has taught me so much about giving freely and fully from your heart.

There is nothing more important to me than my family. On July 29, 2004, my lovably stubborn father (who believes in the power of Tylenol to cure all ills) did not "feel right." Being a firefighter assigned to the medics, mom called on Troy to check on him. It didn't take Troy long to know there was a real concern and insist that they go straight to the emergency room. With some strong persistence, dad agreed to go. We could not have known it then, but dad's excruciating pain was the result of an aneurysm. Doctors told us later that had dad arrived 30

minutes later, he probably would have died. That thought devastated me. I firmly believe that Troy's persistent persuasion played a tremendous role in saving dad's life. While he may not have performed CPR or surgery, his tenacity, dedication and knowledge contributed to saving my dad's life. I am forever grateful to Troy for taking care of my dad and making it possible to see a longer and healthier future with him in my life.

All of the good things about my Troy only make it harder to comprehend the predicament that our family is in now. Your honor, my husband is not a saint, but I know that he is a genuinely good man and an honest soul. We are a typical family today; we have good days, bad days and busy days all throughout. And like many couples, we were 'lost' for a while, but we are committed to our life together. With all the wonderful and good deeds that Troy has done, this mistake, this moment of bad judgment has been a lesson not just for Troy, but for our entire family...all of us. As his wife, I am deeply aware of his deep remorse and true regret for his actions. And as his wife, I have forgiven my husband for what it has caused and cost our family on so many levels. But it's also important that I can convey to you, that you believe in his regret and sorrow over his actions. This is important because I know him better than anyone in this world. I know his soul. Troy has re-learned to keep his eyes on God and to never again take his faith, family, and life for granted. And while I would never wish this trouble on anyone, it has shown me that we can become stronger as a couple, closer to God and faith, closer to those we love. As a family, we can overcome and learn from these troubles, never to be repeated. We have trust in the Lord and, whatever the consequences may be. That belief will sustain Troy and I, Kory, Kassidy and Kristian and our extended clan.

Finally, I cannot leave this letter without somehow appealing to you on behalf of Troy and our family. Words cannot express my love and belief in this man. He's made so many strides to be that better man and husband. He's come so far. I only hope that you will see what I see, and believe in his ability to continue do good things.

God bless you, your honor.

Sincerely,
Cassandra Santos

27 September 2005

To whom this letter may concern;

I write this letter on behalf of my uncle, John Troy Santos, affectionately known as "Uncle Troy." Just before I turned 15 years old, my aunt Cassandra married Uncle Troy. I am now 25, and I remember the poignant emotions I felt as I heard them profess their love and commitment for one another.

It is obvious that Uncle Troy has so much love and adoration for his wife, Cassandra, and their children. Watching his interaction with his children is a true pleasure. He is a hands-on type of father, getting down and playing at their level, but not afraid to appropriately discipline them. I have witnessed a few of his disciplinary actions, never being too harsh, but letting them understand the wrongness in their behavior. He is a wonderful father, so supportive, and his children just love and adore him. It is heart warming to see him support his daughter with her school plays and dancing programs. It is gratifying to observe him teach and play with his 22-month-old son, and it is moving to feel his friendship with his eldest son.

Uncle Troy's concern for our family is evident. When something does not seem right with a family member, we often call upon Uncle Troy for advice. When prisoners escaped this past March, word spread that the escapees were in our area. Uncle Troy came to my home and checked on my daughter and I, making sure I secured all the doors and windows. I felt safe knowing that he was just down the road. This is just an example of his commitment to our family and his extraordinary career.

I enjoy his, as well as his family's, company. When I was younger, I would always attend concerts, join them for dinner, or just go shopping with him and his wife. When I was pregnant, we would always spend time together bowling, it was one weekend family activity we especially enjoyed. These days, my daughter and I have so much fun and excitement with their entire family. We love spending time together, whether it is staying at hotels and swimming with our kids or barbequing. I truly enjoy his companionship. He is not only an Uncle whom I love, but I consider him a friend, someone I can turn to and someone I can trust will always be there for me.

Every human being makes mistakes. What we do after those mistakes is what I believe defines us as people. I, honestly, know that Uncle Troy is remorseful, and I believe that he has learned from his mistake. I, like many others, forgive him.

I kindheartedly request for your compassion and leniency when sentencing John Troy Santos a.k.a. "Uncle Troy."

Sincerely,

Jennifer R.B. Calvo

September 12, 2005

*To Whom It May Concern:*

*In the ten years that I have known John Troy Santos or "Uncle Troy", he has shown an enormous amount of dedication and generosity to his family and occupation, as a firefighter and E.M.T. Troy is a very supportive father of three. He is involved with his daughter's passion for dancing, his eldest son's love for surfing, and the nurturing of his toddler. He not only educates on the many aspects of life, he emphasizes the need for enjoyment and family togetherness. On many occasions, he has taken me to indulge in his many family outings such as watching a movie, bowling, or swimming at local water parks, and many others.*

*Troy takes his profession very seriously, even beyond the call of duty. His relatives commonly ask him questions about certain medical conditions. For example, what type of medication should one use or how severe the situation is at hand? Also, there have been a few cases when his expertise in the medical field came into play. On one occasion, a nephew of his had a high fever while still an infant, which led him to convulse. In addition to calling for an ambulance, they called him. On another occasion, I witnessed Uncle Troy assist his neighbor put out a fire, which would have otherwise gone out of control.*

*There is a saying that goes "To err is human, to forgive, divine". People often make mistakes, however some may be minor and others graver. Nonetheless, it is morally right to forgive. I know, for a fact that Uncle Troy is remorseful for his actions. Because of this, I forgive and respect him as an individual even greater. He is truly a great person with many outstanding qualities. Moreover, he has contributed countless days to the safety and well being of my family, but most of all, the community at large.*

*I kindly ask that you please consider lenience on the sentencing of John Troy Santos.*

*Sincerely,*

*Francis J. Calvo*

September 10, 2005

Dear Sir,

One evening in July 2005, while at my sisters residence in Hawaii, I received a phone call which has forever changed the dynamics of my family. On this evening, shortly after answering the telephone, my sister Julie stepped into the restroom for some privacy away from several other family members who were visiting at the time. When Julie emerged from the restroom her eyes were welled up with tears as she handed me the phone and in a quivering voice stated "It's not good." I took the phone expecting to hear that a family member had taken ill or died back on Guam. But that phone conversation shook me to the very core of my being. It was my baby brother, Troy. In a feeble tone he said "I'm calling to tell you that I'm really sorry, because, I know that I've really hurt you guys-hesitation-I was arrested for drugs." I was so shocked by what I'd just been told that in that moment I felt like I'd had an out of body experience. Dizzy and reeling from the initial shock, in what seemed like an eternity, I must have run a hundred questions by Troy-who, what, why, where, when and how, but mostly why!

You see your Honor, I'm a lieutenant in the Guam Police Department with over twenty years of service-many of those years spent as a detective and narcotics officer. I have taken part in almost every drug related crime investigation imaginable-from mere possession, child neglect to homicide. I absolutely detest illegal drug use, abuse and distribution. I especially abhor drug dealers!

What really cut through me, like a serrated blade straight through the heart, was the fact that my brother was in the company of his wife's first cousin, Dwayne Calvo when he was arrested. I had taken part in investigating Dwayne Calvo for the distribution of methamphetamines in 1996 and had even testified against him in District Court with Ms. Karon Johnson as the Prosecuting Attorney.
I reflect now to sometime in the latter part of 2004, when a police officer, in passing informed me that Dwayne Calvo was involved in drugs again. In that moment it was a fleeting thought that Dwayne lived in the same housing area/compound as Troy up in Apra Heights and I had a concern about the closeness of proximity. I beat myself up with the "what ifs", had I not communicated my concerns to my brother, because I believe that we must all obligate ourselves to pay more attention when it comes to family and their well-being.

From the time that I was told about Troy's arrest to this very moment-my thoughts and feelings vacillate from disbelief to anger to fear to sadness and all the other mixed emotions in between and back and forth. Recently, in one long distance conversation with my sister Julie, she related her concern about Troy's future, his job, his home and his wife and children. In anger, I told my sister to stop pitying Troy and asked her if Troy was thinking about those things when he was getting

high! However, in the next moment I was overcome with this thought-<u>A lifetime of goodness...one mistake.</u> I have always been proud of Troy for being level-headed, intelligent, generous, helpful, gainfully employed as a public servant, a caring son and brother and loving husband and father. I still find it hard to believe my family is taking part in such a predicament!

Your Honor, prior to his arrest no one could find any thing negative to say about my brother Troy. I searched through my memory for anything bad that he may have done in the past from childhood and on-and I did this to help justify my anger and to alleviate guilt over being ashamed of my brother's arrest... I found nothing.

Going back to that initial phone conversation, after lashing out at my brother, I told him that God allows things to happen for a reason. I told my brother that his arrest was a blessing in disguise and to thank God that he was alive. I thank God that my brother is still alive. Troy acknowledged in that conversation that he made a choice for which he understands there are consequences that he has since suffered-the loss of his job which he took pride in and loved a great deal, strife amongst family, shame and humility, uncertainty about his future, negative stigma, a felony rap-all of which will follow him for the rest of his life. Troy is the only one in this family that has ever been arrested, but even more so, he has told me that what hurts him the most is that fact that he knows he has let us down and that he has caused his family so much grief. Sir, that pains him more than anyone will ever know.

I returned to Guam from Hawaii on August 25, 2005 and made several attempts to meet with Troy so that he could tell me <u>everything!</u> I believe he avoided me for as long as he could out of shame. Much to my relief I finally met with him and he told me what he'd done on the night of his arrest and prior drug usage.

I'm a hardliner-family or not-when it comes to illicit drugs! I trust that my brother has never sold illegal drugs nor had he any intentions of selling them for himself or any one else for profit. He's admitted using methamphetamines sporadically over the past several years. I believe that my brothers association with Dwayne Calvo corrupted Troy into more frequent usage of meth-which he acknowledges does not negate his involvement.
Deep in my heart and soul I know that Troy is remorseful. Because of the values he was raised with, my brother knows that he will never be completely absolved from his actions and that it's his cross to carry for the rest of his life.

If I didn't believe this I would want my brother to serve jail time to keep him alive and to keep him away from this evil that has infected communities across the world. God tells us to be specific when we come to him in prayer-I pray that Troy will be given a second chance to fulfill his obligations to his family and community and that he is given probation and that he never involves himself with illegal drugs again.

Kim M. Santos

1 Cor 15:33 Do not be misled: Bad company corrupts good character.

To whom it may concern,

My name is Peter A. Charfauros. I am a captain with the Guam Fire Department. Iam writing this letter concerning my brother , friend, and colleague John "Troy" Santos. I have known Troy for about 25 years. Since I met Troy all those years ago, what I took away from first meeting was that he was a very friendly person, open minded, and easy to get along with. And since then whenever I or anyone he knew needed assistance he was always there to lend a hand. Anyone who has had the opportunity to meet Troy for the first time knew that they made an endearing friend for life

I have been a with the Guam Fire Department for 21 years. I have been a Fire Captain for 14 years. It has been my honor and privilege to have had Troy under my supervision for about 7 years. Since working together I have seen him grow personally and witness his dedication to the people of Guam through the performance of his duties.
I have observed Troy take not so seasoned firefighters as well as rookie firefighters under his wing to share his knowledge, skills, and experience thus making the transition of being a public servant a lot smoother. It aids myself as a supervisor giving me much more reliable and dependable employees.

Earlier I had mentioned Troy as my brother. We however are not blood relations. Having had the opportunity to work with Troy all these years we have gone through many trials and tribulations in the Fire Department. We have fought many fires , weathered through numerous storms, delivered babies, and treated so many sick and injured people. We have gone through some harrowing situations not knowing if we were going to make out safely, but thankfully we did. Through it all as we look back, not saying anything to each other we know that this is what we were meant to do in life. It is these and other shared experiences in life that I call Troy "brother".

Knowing Troy all these years I Know that he is a reliable, dependable and caring person. He will be there for anyone who needs help. Troy will literally give you the shirt off his back, you need but to ask for it. I have witnessed Troy giving food and drink to those less fortunate because they needed it even though he was hungry.

I am writing this letter to attest for my brother, friend, and colleague's character as a person. He is a good man, a good christian, a God fearing man, a dedicated husband, father and a very good friend.

Peter A. Charfauros

Dear Your Honer

My uncle troy is one of the Best People I Know. If I ever need help I just have to call him. Like when I was younger he would go to the fatherday Things at school becaus I don't really know my father and because I have A.D.H.D. I can not go on feild trips alone. He always trys to take me golfing when he has spare time. when I'm board he will Pick me up just to hang-out with him and his Son Kory. Kory and I will go skating. when I was in the 5th grade they wouldn't make me go the Sinior theyear feild trip at the water park but My uncle Troy took me on his own So I could be with my friend. I like having my uncle Troy around me

Kenny Davo-Roberts

000023

To whom it may concern

I write to you on behalf of the character of John Troy Santos my name is Edward Santos, Troy's older brother. In order to characterize Troy I would have to inform you of our childhood that you yourself may understand and know him better. At the age of 3 years old, my three siblings and I came to Guam from a military base in San Diego (Camp Pendleton). My father, a military service man, devoted to serving his country as a single parent was unable to fulfill his duties, as it was a time during the Vietnam War and Korean War my father served, unable to care for us relied upon his elderly parents to raise us in a culture we were unfamiliar with. Being that our Grandparents were elderly we were often separated between uncles and aunts never really having a one stable home of our own – a place to call home. Seeing our Father several times a year on leave or orders in the Pacific and our mother less than that, I could say we always had each other. I could not ask for a brother more caring as we watched each other's back and protected each other. After retirement from the Marines and our father's return, our lives changed again, my father even after his return seemed distant; he demanded discipline from us, calling him sir instead of father or dad, as if there was no relationship, sir this sir that as if we were enlisted members of the Marine. My father was a hardcore man, leaving no room for mistakes; punishments seemed to be on a daily basis. Punishment was served sometimes with an open hand, unable to joke for there was no time for it, everything was basically by the book. As it is plain to see our childhood was anything but normal. Troy was always a follower who was insecure at times and always wanting to be a part of something family oriented - - the need to belong in which we all strive for. Troy has always been kind and courteous, often cutting the grass of the elderly couple down the street from us. We were all tasked for the care of our grandparents while they were sickly and bedridden never having time to ourselves or anything else. Troy is a good person who has made a bad choice and in some ways I feel at fault for not taking the time to see how's he doing as family should, or being the brothers keeper as I should be. What he has done, I do not condone, for we are all accountable for our actions, but this one action does not discredit the many good thing that he has done. Since the dark has come to light there has been a great many changes in his life, the kind of changes we make as a near death experience, sometimes things happen for the better. Troy is truly remorseful and if given the opportunity to counsel others in the same situation, I believe he would be able to give them invaluable advice. In the Bible Jesus said "he who is without sin, cast the first stone".

Respectfully,

ED SANTOS