LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant John Troy Santos*

**FILED**
DISTRICT COURT OF GUAM
OCT 12 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JOHN TROY SANTOS,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00016<br><br>**DEFENDANT JOHN TROY SANTOS' SUPPLEMENTAL SENTENCING EXHIBITS** |

Defendant, John Troy Santos, submits the following supplemental sentencing exhibits:

| Description | Bates Number |
|---|---|
| 1. Letter dated September 29, 2005 from Mayor Roke B. Blas. | 000025 |
| 2. Letter dated October 6, 2005 from Ricardo A. Calvo. | 000026 |

Dated this ___13___ day of October, 2005.

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By:_____
DAVID J. LUJAN, ESQ.
*Attorney for Defendant John Troy Santos*

**MUNICIPALITY OF SINAJANA**
**MAYOR'S COUNCIL OF GUAM**
Konshelon Mahot Guahan

P.O. Box 786 Hagatna, Guam 96932

Roke B. Blas
Mayor

Robert D.C. Hofmann
Vice Mayor

September 29, 2005

To Whom It May Concern:

*Buenas yan Hafa Adai!* I have been requested by Mr. John T. Santos to provide you with a professional letter of character reference introducing him to you.

I have known Mr. Santos for all his life. He is a very ambitious, responsible and intellectual adult. For the last 15 years, Mr. Santos worked as a Fire Fighter for the Guam Fire Department. In addition to his job he volunteered endless hours of his day to helping others, especially his friends and family. He is an outstanding man, who prides himself on being a hard worker and a motivator to his fellow peers. He has always been and remains focused on getting the job done, and accomplishing the mission.

As a close knit community and culture, our frailty and spirit of *Inafa'maolek* at times becomes our weakness. Our willingness to assist friends and family in need has always been an aspect of our culture even to the point of over-looking our own safety, financial capability, and regard for our well-being. I am a firm believer that everyone has a purpose and can be rehabilitated if given that second, third chance. Sometimes we are just mis-understood and our intentions although good at the moment may turn to be a bad decision. We as a society must forgive those and assist those who need direction in their lives. Mr. Santos has earned a high degree of respect from his peers, superiors, his family, and members of our island community. With this letter, I am pleased to join those individuals in conveying to you my endorsement of Mr. Santos's character.

Should you have any questions, in which I may be able to answer, please call me directly at (671)472-6707. *Si Yu'os Ma'ase!*

*Senseramente,*

Roke B. Blas
Mayor

October 6, 2005

Your Honorable Judge;

    My name is Ricardo A. Calvo. John Troy Santos is my son-in-law married to my daughter, Cassandra. I have known Troy for over 10 years, and he has always shown my family and I the utmost respect. He is a family man, spending quality time with his children and sheltering them from harm.

    My son-in-law is a respectful and helpful man. He always took our conversations seriously and took my advice. There was a time when it was my turn to seriously take his advice. Last July, I suddenly experienced agonizing pain but did not want to spend hours waiting at the hospital. Troy insisted that he transport me to the emergency room. Before we left for the hospital, I recall Troy calling 911, then calling the emergency room briefing the nurses on my condition and readying for my arrival. On our way to the hospital, Troy's concern for me was apparent. At the hospital's trauma room, a priest performed my Last Rites. That is how grave my condition was (ruptured stomach aneurysm). Had it not been for the quick response from the doctors, nurses, and his persistence, the outcome may possibly have been different. I was given a second chance in life, and I will forever be grateful.

    Your Honor, I do not condone illegal drugs, and I understand the seriousness of his offense. Troy has apologized and had asked the family for forgiveness for the crime he committed and the family has forgiven him. I believe that Troy is, unquestionably, sorry for his actions, and I have trust that he will not commit any offense again. Additionally, although my situation differs from Troy the fact that I was given a second chance in life, and I beg the same for Troy. On behalf of my wife and I and my grandchildren, Kory, Kristian and Kassidy, we respectfully ask for clemency when you sentence my son-in-law, John Troy Santos. Your honor, please give him a second chance.

Sincerely,

*Ricardo A. Calvo*

Ricardo A. Calvo

(671) 565-2698