DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**



**FILED**
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00016-003          DATE: October 25, 2005

***

HON. WILLIAM ALSUP, Designated Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 8:04:14 - 9:15:16

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **APPEARANCES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JOHN TROY SANTOS**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.

**ATTY: DAVID LUJAN**
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT:

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: NONE PRESENT

INTERPRETER: _____

LANGUAGE: _____

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level:          Total offense level: 33      Criminal History Category: I

   NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Argued for a further downward departure and minimal role participant.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Recommended a sentence of 108 months.

( X ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

The Court Granted the Government's Motion for Downward Departure. The Court also Granted a 2 level departure for mitigating role, as argued by defense.

Defense requested for the defendant to be allowed to self-surrender to the designated Bureau of Prisons. The Court Granted the request and instructed the defendant to self-surrender by Thursday, January 5, 2006 to the designated facility or to the U.S. Marshal Service on Guam if designated occurs before January 5th.

| SENTENCE: CR-05-00016-003 | DEFENDANT: JOHN TROY SANTOS |

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF __65 MONTHS. WHILE IN PRISON, THE DEFENDANT SHALL PARTICIPATE IN THE 500 HOUR DRUG TREATMENT PROGRAM APPROVED BY THE BUREAU OF PRISONS__.

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF __FIVE YEARS__.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE AND LOCAL CRIMES.

2. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

3. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

4. DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AS DIRECTED BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION AND PURSUANT TO 18 U.S.C. §3583.

6. DEFENDANT SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND TO A MAXIMUM OF EIGHT URINALYSIS PER MONTH THEREAFTER.

7. DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

8. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL.

9. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE THROUGH THE AMERICAN RED CROSS OR AS APPROVED BY THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED SINCE IT HAD BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

DEFENDANT WAS ORDERED TO PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED.

Courtroom Deputy: ___