# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910**

USA,

        Plaintiff,

    vs.

John Troy Santos,

       Defendant.

Case No. 1:05-cr-00016-003

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Judgment in a Criminal Case filed on October 31, 2005, and Notice of Entry dated November 2, 2005***, on the dates indicated below:

| *U.S. Attorneys Office* | *David Lujan* | *U.S. Probation Office* | *U.S. Marshals Office* |
|---|---|---|---|
| *November 3, 2005* | *November 3, 2005* | *November 3, 2005* | *November 3, 2005* |

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment in a Criminal Case filed on October 31, 2005, and Notice of Entry dated November 2, 2005,***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 3, 2005

       /s/ Rosita P. San Nicolas
         Chief Deputy Clerk