

**FILED**
DISTRICT COURT OF GUAM
DEC 22 2005 ᑫ℘
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00016-001 | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | **REQUEST TO TRAVEL** | |
| ) | | |
| JOHN TROY SANTOS ) | | |
| Defendant. ) | | |
| _____) | | |

Dear Judge Manibusan:

John Troy Santos was sentenced on October 25, 2005 by Designated District Court Judge William Alsup for the offense of Attempted Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846. Mr. Santos was sentenced to sixty-five months prison followed by five years supervised release. At the conclusion of sentencing, the Court allowed Mr. Santos to continue released on pretrial supervision pending self surrender to the prison facility as designated by the Bureau of Prisons.

On December 21, 2005, the U.S. Marshals Service notified the U.S. Probation Office that Mr. Santos has been designated to serve his imprisonment term at the Federal Correctional Institution in Lompoc, California, and that he must self surrender to the facility by noon on January 5, 2006.

On December 21, 2005, Mr. Santos contacted the U.S. Probation Office to inform that he was notified by the U.S. Marshals Service of the prison facility designation and self-surrender date outlined above. A review of his travel arrangements revealed that he will depart Guam with his wife on December 27, 2005, incur an eight-hour stopover in Nagoya, Japan, and then proceed to Honolulu, Hawaii, where he will visit his sister, Julie Adamos, for two days. Mr. Santos will depart Hawaii on December 29, 2005 and proceed to Los Angeles, California. At this point, he will be met by family members and spend time with them until his self-surrender date of January 5, 2006.

According to Mr. Santos, his travel arrangements have been made possible through the Continental employee "Buddy Pass" Program, which is being afforded to him by his

Travel Request
Re: SANTOS, John Troy
USDC Cr.Cs.#05-00016-003
Page 2

niece, Devon Santos. In order to take advantage of this program, which provides a discounted fare, he will have to incur the foreign stopover in Nagoya, Japan.

Mr. Santos has maintained full compliance with all pretrial release conditions, and no adverse reports have been filed during the entire course of pretrial release. He has attended all drug treatment counseling sessions, and consistently tested negative at all scheduled urinalysis. Mr. Santos has complied with all requests made of him by the probation office.

Pretrial release conditions require the Court's authorization for any requested travel, inclusive of foreign stopovers. In light of Mr. Santos' compliance with pretrial release conditions, this probation officer supports his request to proceed with his travel arrangements as outlined above, and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: ROBERT I. CARREON
U. S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File