| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
|---|---|---|

John Troy Santos ☒
USDC Cr. Cs. No. 04-~~00054-001~~ 00016-001 ru
SSN: XX-XXX-5235
DOB: XX-XX-1972
HT: 5'7" / WT: 150 lbs.

DATE: December 22, 2005

YOU ARE AUTHORIZED TO TRAVEL TO: Nagoya, Japan, Hawaii and California

LEAVING: December 27, 2005  AND RETURNING: n/a

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**FILED**
**DISTRICT COURT OF GUAM**

PURPOSE OF THIS TRIP:

Self surrender to federal prison in Lompoc by noon on January 5, 2006

DEC 27 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT)

Immediately report any change in your travel plans to the U.S. Probation Office.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

_Robert I. Carreon_
UNITED STATES PROBATION OFFICER

NAME:
ADDRESS:

☒ Approved   ☐ Disapproved

_Joaquin V. E. Manibusan, Jr._
U.S. Magistrate Judge

**RECEIVED**
DEC 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**ORIGINAL**